**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:08-cv-1614-RPM-KMT

Edward A. McCallum,

 Plaintiff,

vs.

Boyd Coffee Company,

 Defendant.

---

**ORDER GRANTING STIPULATED MOTION TO DISMISS WITH PREJUDICE**

---

 Having reviewed the parties' Stipulated Motion to Dismiss with Prejudice under Rule 41(a)(1)(ii), FED. R. CIV. P. [15], it is

 ORDERED that the Motion be, and hereby is, GRANTED. This action is dismissed with prejudice, each side to pay their own attorneys' fees and costs.

 DATED: April 3rd, 2009

            By the Court:

            s/Richard P. Matsch
            _____
            U.S. District Court Judge Richard P. Matsch